# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DONNIE TACKETT**                                                                                     **PLAINTIFF**

V.                                      CASE NO. 4:18CV00798 JM

**DAVID J. MATTINGLY, MAYOR OF THE
CITY OF BENTON, ARKANSAS IN HIS
OFFICIAL CAPACITY ONLY AND HIS SUCCESSORS;
SCOTTY L. HODGES, CHIEF OF POLICE OF THE
BENTON POLICE DEPARTMENT IN HIS OFFICIAL
CAPACITY ONLY AND HIS SUCCESSORS;
JOEY BEDSOLE, OF THE BENTON POLICE
DEPARTMENT, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY; JIMMY TAYLOR, INDIVIDUALLY;
KELLI TAYLOR, INDIVIDUALLY; AND VICKI GARRETT,
INDIVIDUALLY DEFENDANTS**                                                                 **DEFENDANTS**

## ORDER

On October 16, 2019 the Court advised the Plaintiff that due to the death of his counsel, Cheryl Maples, he had thirty (30) days to notify the Court if he intended to obtain substitute counsel or proceed *pro se*. Thereafter, on December 2, 2019, the Court entered an order directing the Clerk to list Plaintiff as appearing *pro se* because no substitute counsel had entered an appearance. The Court also granted the Defendants' motion to compel and ordered the Plaintiff to respond to the discovery requests within fifteen days.

On December 31, 2019, Defendants filed a motion to dismiss for failure to comply with the Court's Order notifying the Court that the Plaintiff did not respond to the discovery requests as ordered by the Court. (Docket # 25). Plaintiff failed to respond to the motion to dismiss.

For good cause shown, the motion is GRANTED. Plaintiff's case is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v) and Local Rule of the United States District Court for the Eastern and Western Districts of Arkansas 5.5(c)(2) (failure to respond to a communication from the Court within thirty days).

IT IS SO ORDERED, this 14th day of January, 2020.

_____
James M. Moody Jr.
UNITED STATES DISTRICT JUDGE

\